| **Fill in this information to identify your case:** |
|---|

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF MISSISSIPPI

Case number *(if known)* _____

Chapter you are filing under:
☐ Chapter 7
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy  06/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

| | | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|---|
| **1.** | **Your full name** <br><br> Write the name that is on your government-issued picture identification (for example, your driver's license or passport). <br><br> Bring your picture identification to your meeting with the trustee. | **Timothy** <br> First name <br><br> **A** <br> Middle name <br><br> **Jenkins** <br> Last name and Suffix (Sr., Jr., II, III) | **Rebekah** <br> First name <br><br> **C** <br> Middle name <br><br> **Jenkins** <br> Last name and Suffix (Sr., Jr., II, III) |
| **2.** | **All other names you have used in the last 8 years** <br><br> Include your married or maiden names and any assumed, trade names and *doing business as* names. <br><br> Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | **Timmy A Jenkins** <br> **FDBA   Cleveland Floors, LLC** <br> **FDBA   Jenkins Floors & More, LLC** <br> **FDBA   Patriot Window Fashions, LLC** | **Rebekah Michele Jenkins** <br> **Rebekah Camponova Jenkins** |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | **xxx-xx-2085** | **xxx-xx-4312** |

Debtor 1  **Timothy A Jenkins**
Debtor 2  **Rebekah C Jenkins**                                                    Case number *(if known)*

|  | | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|---|
| **4.** | **Your Employer Identification Number (EIN), if any.** | EIN | EIN |
| **5.** | **Where you live** | **679 Robertson Way** <br> **Hernando, MS 38632** <br> Number, Street, City, State & ZIP Code <br><br> **DeSoto** <br> County <br><br> **If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address. <br><br> Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:** <br><br> Number, Street, City, State & ZIP Code <br><br> County <br><br> **If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address. <br><br> Number, P.O. Box, Street, City, State & ZIP Code |
| **6.** | **Why you are choosing *this district* to file for bankruptcy** | *Check one:* <br><br> ■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. <br><br> ☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) | *Check one:* <br><br> ■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. <br><br> ☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) |

Official Form 101                **Voluntary Petition for Individuals Filing for Bankruptcy**                page 2

Debtor 1  **Timothy A Jenkins**
Debtor 2  **Rebekah C Jenkins**                                              Case number *(if known)*

| Part 2: | **Tell the Court About Your Bankruptcy Case** |
|---|---|

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one. (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

**8. How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No
☐ Yes.

Debtor _____ Relationship to you _____
District _____ When _____ Case number, if known _____
Debtor _____ Relationship to you _____
District _____ When _____ Case number, if known _____

**11. Do you rent your residence?**

☐ No.  Go to line 12.
■ Yes.  Has your landlord obtained an eviction judgment against you?

■ No. Go to line 12.
☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

Official Form 101      **Voluntary Petition for Individuals Filing for Bankruptcy**      page 3

Debtor 1 **Timothy A Jenkins**
Debtor 2 **Rebekah C Jenkins**                                                        Case number *(if known)*

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

☐ No.   Go to Part 4.

■ Yes.  Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

**Timothy Jenkins dba**
Name of business, if any

**Jenkins Floors**
**679 Robertson Way**
**Hernando, MS 38632**
Number, Street, City, State & ZIP Code

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
■ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ No.   I am not filing under Chapter 11.

☐ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.  I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

■ Yes.  I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

## Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

■ No.
☐ Yes.

What is the hazard?  _____

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

If immediate attention is needed, why is it needed?  _____

Where is the property?  _____
Number, Street, City, State & Zip Code

Debtor 1  **Timothy A Jenkins**
Debtor 2  **Rebekah C Jenkins**                                                                      Case number *(if known)*

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **15. Tell the court whether you have received a briefing about credit counseling.**<br><br>The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.<br><br>If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again. | *You must check one:*<br><br>■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br><br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.<br><br>☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.<br><br>☐ **I am not required to receive a briefing about credit counseling because of:**<br><br>☐ **Incapacity.**<br>I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>☐ **Disability.**<br>My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>☐ **Active duty.**<br>I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court. | *You must check one:*<br><br>■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br><br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.<br><br>☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br><br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.<br><br>☐ **I am not required to receive a briefing about credit counseling because of**:<br><br>☐ **Incapacity.**<br>I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>☐ **Disability.**<br>My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>☐ **Active duty.**<br>I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. |

| | |
|---|---|
| Debtor 1 | **Timothy A Jenkins** |
| Debtor 2 | **Rebekah C Jenkins** |

Case number *(if known)* _____

### Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☒ No. Go to line 16b.

☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☒ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts
_____

**17. Are you filing under Chapter 7?**

☒ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

☐ 1-49
☐ 50-99
☒ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☒ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☒ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

### Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| /s/ Timothy A Jenkins | /s/ Rebekah C Jenkins |
|---|---|
| **Timothy A Jenkins** | **Rebekah C Jenkins** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Executed on **June 10, 2025** | Executed on **June 10, 2025** |
| MM / DD / YYYY | MM / DD / YYYY |

Debtor 1  **Timothy A Jenkins**
Debtor 2  **Rebekah C Jenkins**                                    Case number *(if known)*

| | |
|---|---|
| **For your attorney, if you are represented by one** | I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect. |
| **If you are not represented by an attorney, you do not need to file this page.** | |

**/s/ Robert Gambrell**                    Date   **June 10, 2025**
Signature of Attorney for Debtor                  MM / DD / YYYY

**Robert Gambrell 4409**
Printed name

**Gambrell & Associates, PLLC**
Firm name

**101 Ricky D Britt Sr Blvd, Ste 3**
**Oxford, MS 38655-4236**
Number, Street, City, State & ZIP Code

Contact phone  **662-281-8800**          Email address   **rg@ms-bankruptcy.com**

**4409 MS**
Bar number & State

---

Official Form 101           **Voluntary Petition for Individuals Filing for Bankruptcy**           page 7

# United States Bankruptcy Court
## Northern District of Mississippi

In re: **Timothy A Jenkins, Rebekah C Jenkins**, Debtor(s)

Case No.
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: **June 10, 2025**

**/s/ Timothy A Jenkins**
**Timothy A Jenkins**
Signature of Debtor

Date: **June 10, 2025**

**/s/ Rebekah C Jenkins**
**Rebekah C Jenkins**
Signature of Debtor

```
Airgas USA, LLC
136 Bonita Rd.
Meridian, MS 39301-5547


Alexandria Floors
191 Dodds Ave SE
Adairsville, GA 30103


Ally Financial Dept.
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118


American Express
PO Box 981537
El Paso, TX 79998


American Municipal Services
PO Box 11832
Carrollton, TX 75011


Aperion Surfaces
c/o J. Wesley Hisaw
Holland & Hisaw
Horn Lake, MS 38637


Aperion Surfaces
90 Boroline Rd
Allendale, NJ 07401


ARC
Attn: Legal
1283 Enclave Rd
Chattanooga, TN 37415


Arvest Bank
PO Box 799
Lowell, AR 72745


Atmos Energy Corporation
Attn: Legal Dept /Bankruptcy
PO Box 650205
Dallas, TX 75265-0205
```

```
BankPlus
Atn:Tom Hudson, General Counsel
1068 Highland Colony Pkwy
Ridgeland, MS 39157


Baptist Desoto Hospital
7601 Southcrest Pkwy
Southaven, MS 38671


Big Cedar Lodge
Attn: Legal Dept
190 Top of the Rock Rd
Ridgedale, MO 65739


BPI Plastics
1730 Cherokee Blvd
Memphis, TN 38111


Brennan & Clark,
2301 W. 22nd St, Suite 301
Oak Brook, IL 60523


Caine & Weiner
Samantha Leitz
5805 Sepulveda Blvd 4th Floor
Sherman Oaks, CA 91411


Campbell Clinic
1400 South Germantown Rd.
Germantown, TN 38138


Capital One Bank USA, N.A
by A I S as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118


Coldwater Vision Ctr
412 Central Ave
Coldwater, MS 38618-3843


Collection Services Division
TN Dept of Revenue
500 Deaderick St., 8th floor
Nashville, TN 37242
```

```
Comcast Business
Attn.: Director of SaaS Applications
1701 JFK Blvd.
Philadelphia, PA 19103


Complete Home Center
c/o Thomas Bradley
32 E. Commerce St
Hernando, MS 38632


Credit Collection Services
725 Canton Street
Norwood, MA 02062


Davis Family Medical & Express Care
116 E Commerce St
Hernando, MS 38632-2302


De Lage Landen Financial Services, Inc.
Attn: Legal
1111 Old Eagle School Road
Wayne, PA 19087


De Lage Landen Financial Svcs
c/o Marcus Wilson
Bennett, Lotterhos et al.
PO Box 1488
Madison, MS 39130


Delta Radio Network
Attn: Larry Fuss
PO Box 1756
Greenville, MS 38702-8865


Desoto County Tax Collector
365 Losher Street, Ste. 110
Hernando, MS 38632


Dex Imaging
c/o TRavis Flower
Greenberg, Grant & Richards
PO Box 571811
Houston, TX 77257-1811
```

```
Discover Bank
c/o Charles W. Reed, Jr.
Nathan & Nathan, PC
PO Box 1715
Birmingham, AL 35201


Discover Bank
Attn: Bankruptcy Specialist
PO Box 3025
New Albany, OH 43054-3025


Drs. Seymour, Parolli, Trotter & Renfrow
460 Byhalia Road
Hernando, MS 38632


ELAN Financial Services
Attn: Legal
PO Box 108
Saint Louis, MO 63166


Emser Tile
Attn: Legal
8431 Santa Monica Blvd
West Hollywood, CA 90069


Firstsource Advantage, LLC
205 Bryant Woods South
Amherst, NY 14228


Fleming Lumber Co
POB 960
Cleveland, MS 38732


Fred August Nehr
213 W Miner St
West Chester, PA 19382


Gastro One
Desoto Office
7668-B Airways Blvd.
Southaven, MS 38671
```

Gen2 Properties
c/o Barry Bridgforth, Esq.
Bridgforth, Buntin & Emerson, PLLC
5293 Getwell Road
Southaven, MS 38672


GM Financial
PO Box 181145
Arlington, TX 76096-1145


GM FTF Flooring
2200 Cole Rd
Horn Lake, MS 38637


Guaranty Bank
c/o Jeff Overstreet, VP Comm. Banking
6030 Getwell Rd
Southaven, MS 38672


H&H Investments
6420 Summer Ave
Memphis, TN 38134


Happy Customers International
PO Box 12014
Florence, SC 29504


Happy Feet
529 Rollins Blvd
Ringgold, GA 30736


Holland & Hisaw
J. Wesley Hisaw
3010 Goodman Rd. W, Suite A
Horn Lake, MS 38637


Hollowell Law Firm
Andrew F. Tominello
PO Drawer 1407
Greenville, MS 38702


Homelike Flooring
201 Princeton Blvd, Suite B
Adairsville, GA 30103

```
IC Systems, Inc.
PO Box 64378
Saint Paul, MN 55164-0378


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


James Pest Mgt. Inc.
4246 Outland Road
Memphis, TN 38118


Jenkins Floors and More, LLC
Timothy Allan Jenkins, Reg. Agt.
679 Robertson Way
Hernando, MS 38632


Jenkins Floors and More, LLC
679 Robertson Way
Hernando, MS 38632


John Deere Financial
PO Box 1836
Tupelo, MS 38802


Journey to New Beginnings
c/o Ashley Schachterle
5627 Getwell Road, Building B
Southaven, MS 38672


JP Morgan Chase Bank, N.A.
National Bankruptcy Dept.
PO Box 29505  AZ1-5757
3415 Vision Dr.
Phoenix, AZ 85038-5757


L&P Financial Services
Attn: Bankruptcy officer
1 Leggett Rd
Carthage, MO 64836-9649


Legendary Floors
Attn: Daniel Voyles
3036 Parquet Dr
Dalton, GA 30720
```

```
Looking Good, Inc. / MKN Enterprises, LL
785 S Martin Luther King Blvd
Greenville, MS 38701


M&T Bank
PO Box 17292
Baltimore, MD 21203


Manassas Textiles
Attn: Legal
174 Dodds Ave SE
Adairsville, GA 30103


Maurino Martinez
8807 Old Hwy 61
Walls, MS 38680


Memphis Children's Clinic
P.O.Box 1000 Dept. 287
Memphis, TN 38148


Methodist LeBonheur Healthcare
1350 Concourse Ave
Suite 600
Memphis, TN 38104


Mid-South Imaging & Therapeutics
PO Box 5083
Memphis, TN 38101


Mitchell McNutt
James P. Wilson
Post Office Box 1366
Columbus, MS 39703-1366


Mohawk Factoring, LLC
c/o Victoria M. Chamberlain
Mendelson Law Firm
PO Box 17235
Memphis, TN 38187-0235


Mohawk Factoring, LLC
160 S Industrial Blvd
Calhoun, GA 30701-3030
```

```
MS Dept of Employment Security
Attn: Legal Department
PO Box 1699
Jackson, MS 39215


MS Dept. of Revenue
Bankruptcy Section
PO Boc 22808
Jackson, MS 39225-2808


MT&T Bank
c/o The Parnell Law Group
Morgan D. Bishop
PO Box 217
Purvis, MS 39475


NSW, Inc dba Natural State Wholesale
c/ Wm. J. Ogles
Wright, Lindsey, Jennings, LLP
200 W. Capitol Ave, Suite 2300
Little Rock, AR 72201


Old Dominion Freight Line Inc.
c/o Christopher W. Conner
PO Box 5059
Maryville, TN 37802-5059


Patriot Mills
PO Box 470
Adairsville, GA 30103


Patriot Window Fashions, LLC
2356 Goodman Rd
Hernando, MS 38632


Planters Bank & Trust Co.
Attn: Bankruptcy Officer
PO Box 639
Greenville, MS 38702


Planters Bank & Trust Co.
Attn: Bankruptcy Officer
PO Box  1627
Batesville, MS 38606
```

Professional Flooring Supply
171 Concourse Dr
Pearl, MS 39208


Renasant Bank
Collection Recovery Dept
P.O. Box 4140
Tupelo, MS 38803


Republic Services
48 Landfill Rd
Leland, MS 38756


Responsive Industries, LLC
360 Old Laurens Rd, Suite 100
Simpsonville, SC 29681


Richard T. Avis & Associates, LLC
P.O. Box 735633
Chicago, IL 60673-5633


Robert F. Henry Tile Co.
PO Box 211209
Montgomery, AL 36121-1209


Southwind Carpet & Hard Surface
c/o Simona Dabuleanu
Altus Receivables Mgt
2121 Airline Dr., Suite 520
Metairie, LA 70001


Square Capital
1455 Market Street, Ste 600
San Francisco, CA 94103


State of ARK Dept of Fin & Admin.
Sales & Use Tax Sec.
PO Box 8092
Little Rock, AR 72203-8092


State of Arkansas
Department of Finance & Administration
PO Box 8092
Little Rock, AR 72203-8092

Synchrony Bank
by AIS InfoSource LP as agent
4515 N. Santa Fe Ave
Oklahoma City, OK 73118


Tennessee Dept of Revenue
Andrew Jackson Building
500 Deaderick St.
Nashville, TN 37242


The CBE Group, Inc
PO Box 2217
Waterloo, IA 50704-2217


The Final Touch Security Inc
1250 McIngvale Rd
Hernando, MS 38632


The Image Specialist of MS
213 E Sunflower
Cleveland, MS 38732


The Parnell Law Group
Morgan D. Bishop
PO Box 217
Purvis, MS 39475


Thomas & Co. Contractors Inc.
dba Re-Stair
c/o Regan Steepleton
1715 Aaron Brenner Dr, Suite 800
Memphis, TN 38120


Titan Surfaces, Inc
c/o Victoria M. Chamberlain
Mendelson Law Firm
PO Box 17235
Memphis, TN 38187-0235


Titan Surfaces, Inc
Attn: Legal
PO Box 2626
Dalton, GA 30722

```
TN Department of Revenue
P.O. Box 190665
Nashville, TN 37219


Transworld Systems, Inc.
PO Box 15130
Wilmington, DE 19850-5130


Uline
12575 Uline Drive
Pleasant Prairie, WI 53158


Unicarriers Capital
A Div. of De Lage Landen
1111 Old Eagle School Rd
Wilmington, DE 19807


United Rentals (N.A), Inc
Attn: Legal
PO Box 100711
Atlanta, GA 30384-0711


United Weavers of America, Inc.
PO Box 603
Dalton, GA 30722


US Atty, N.D. of MS
900 Jefferson Ave.
Oxford, MS 38655


US Atty, ND of MS
(rep) IRS
900 Jefferson Avenue
Oxford, MS 38655


US Atty, ND of MS
(representing SBA)
900 Jefferson Ave.
Oxford, MS 38655


US Small Business Administration
Attn: La. District Office
500 Poydras St., Ste 828
New Orleans, LA 70130-3374
```

```
Victoria M. Chamberlain
Mendelson Law Firm
PO Box 17235
Memphis, TN 38187-0235


Waste Management Memphis Hauling
PO Box 3020
Monroe, WI 53566-8320


Wells Fargo
PO Box 14487
Des Moines, IA 50309


Wells Fargo Bank, N.A .
P O Box 10438, MAC F8235-02F
Des Moines, IA 50306-0438


West Cancer Center
PO Box 116677
Atlanta, GA 30368-6677


WHBQ-AM
6080 Mt Moriah Extd
Memphis, TN 38115
```